## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MERCK SHARP & DOHME CORP., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Civil Action No: |
| v. | ) | 15-cv-6075 (PGS)(DEA) |
| | ) | |
| ACTAVIS LABORATORIES FL, INC., | ) | |
| ANDRX CORPORATION, ACTAVIS | ) | **ORDER** |
| PHARMA, INC. AND ACTAVIS, INC., | ) | |
| | ) | |
| *Defendants.* | ) | |

THIS MATTER having been opened to the Court by the ongoing bench trial in this matter regarding patent claims 11 and 12 in the U.S. Patent 5,661,151; and for good cause shown on July 12, 2017; and as noted on the record on July 19, 2017;

IT IS on this 20 day of July , 2017,

**ORDERED** that the parties shall follow the following schedule—(i) findings of fact are to be submitted by July 28, 2017; (ii) conclusions of law are to be submitted by August 4, 2017; (iii) reply papers are to be submitted by August 9, 2017; and (iv) closing arguments are scheduled for August 10, 2017.

PETER G. SHERIDAN, U.S.D.J.