

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

August 1, 2017

**VIA ECF**

Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   Merck Sharp & Dohme Corp. v. Actavis Laboratories FL, Inc., et al.,
       Civil Action No.: 15-cv-06075-PGS-DEA

Dear Judge Arpert:

We, along with Cravath, Swaine & Moore LLP, represent Plaintiff Merck Sharp & Dohme Corp. ("Merck") in the above-referenced matter. We write, with Defendants Actavis Laboratories FL, Inc., Andrx Corp., and Actavis Pharma, Inc.'s ("Actavis") consent, to request that the Court direct the Clerk's Office to unseal Merck's Proposed Findings of Fact (ECF No. 200). Merck filed the document under seal out of an abundance of caution. However, after conferring with counsel for Actavis, the parties have confirmed that the document should be unsealed and placed on the public docket.

Please do not hesitate to have Your Honor's staff contact me with any questions regarding the foregoing if we may be of any assistance to the Court. We thank the Court for its consideration and continued assistance in this matter.

Respectfully submitted,

s/ Charles H. Chevalier

cc:  Counsel of Record via ECF and email